# Exhibit A

| Message1041 | |
|---|---|
| Subject: | Re: account |
| From: | MSC |
| Date: | 9/24/2008 2:05:03 PM |
| To: | Jirair H. Avanessian |

**Message Body**

if you are not going to take your money for about one year i can put it in a special account which interest is %17.25 ( it means your money will groww about 600,000 tooman each mont ) with no tax
also there is a new account which i gonna send you the explenation , please have alook on attachment
please let me know if you willing to do any .
levick

----- Original Message -----
From: Jirair H. Avanessian
To: MSC
Sent: Thursday, September 25, 2008 12:20 AM
Subject: RE: account

Thanks Levick
It seems many is growing very fast there,
Here every time when you check your saving, see you loosing from your original amount

Jirair

From: MSC [mailto:leonkh@microservice-co.com]
Sent: Wednesday, September 24, 2008 1:19 PM
To: Jirair H. Avanessian
Subject: account

Hi Jirair
To day i transfer 10,000,000 to your parsian bank account and soon i will pay the remain thanks for being patient .
regards
levick

**Attachment**

img050.jpg

**Outlook Header Information**

Conversation Topic: account
Sender Name: MSC
Received By: Jirair H. Avanessian
Delivery Time: 9/24/2008 2:05:03 PM
Creation Time: 9/24/2008 2:05:03 PM
Submit Time: 9/24/2008 2:09:17 PM
Importance: Normal
Sensitivity: Normal
Flags: 19 = Read, Unmodified, Has Attachment
Size: 146595

**Standard Header Information**

```
Microsoft Mail Internet Headers Version 2.0
Received: from apollo.promailserver.com ([64.62.167.133]) by s8750pro.atechso.org with
Microsoft SMTPSVC(6.0.3790.3959);
   Wed, 24 Sep 2008 14:05:02 -0700
Message-ID: <000b01c91c89$d0726300$0a01a8c0@officefd1dcacc>
From: "MSC" <leonkh@microservice-co.com>
To: "Jirair H. Avanessian" <jirair@xvac.com>
References: <000701c91e82$d1c88150$0a01a8c0@officefd1dcacc>
<3BF6EF1E8D5B41408D6BAEABAC2CC0D90D335B@s8750pro.atechso.org>
Subject: Re: account
Date: Thu, 25 Sep 2008 00:39:17 +0330
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="----=_NextPart_000_0007_01C91EA7.243D0400"
X-WatchGuard-IPS: message checked
X-WatchGuard-Spam-ID: str=0001.0A09020A.48DAAC7A.01C7,ss=1,fgs=0
X-WatchGuard-Spam-Score: 0, clean; 0, no virus
X-WatchGuard-Mail-Client-IP: 64.62.167.133
X-WatchGuard-Mail-From: leonkh@microservice-co.com
X-WatchGuard-AntiVirus: part scanned. clean action=allow
Return-Path: leonkh@microservice-co.com
X-OriginalArrivalTime: 24 Sep 2008 21:05:02.0750 (UTC) FILETIME=[365283E0:01C91E89]

------=_NextPart_000_0007_01C91EA7.243D0400
Content-Type: multipart/alternative;
 boundary="----=_NextPart_001_0008_01C91EA7.243D0400"

------=_NextPart_001_0008_01C91EA7.243D0400
Content-Type: text/plain;
 charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
X-WatchGuard-AntiVirus: part scanned. clean action=allow

------=_NextPart_001_0008_01C91EA7.243D0400
Content-Type: text/html;
 charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
X-WatchGuard-AntiVirus: part scanned. clean action=allow


------=_NextPart_001_0008_01C91EA7.243D0400--
------=_NextPart_000_0007_01C91EA7.243D0400
Content-Type: image/jpeg;
 name="img050.jpg"
Content-Transfer-Encoding: base64
Content-Disposition: attachment;
 filename="img050.jpg"
X-WatchGuard-AntiVirus: scanned 'img050.jpg'. clean action=allow
```

