# Exhibit B

| | |
|---|---|
| Message | Page 1 of 2 |

| Message0732 ||
|---|---|
| Subject: | Re: conformation |
| From: | MSC |
| Date: | 5/18/2008 12:16:15 AM |
| To: | Jirair H. Avanessian |

**Message Body**

hi jirair
thank you so much
that is a good idea i have tols them about one unit and to day i have taken the %60 advance , are you gonna buy them .
please just ask for one to be certified .
i will the money in your bank account
regards
levick

----- Original Message -----
From: Jirair H. Avanessian
To: MSC
Sent: Sunday, May 18, 2008 5:28 AM
Subject: RE: conformation

Hi Livek

I could Ship until next week that system which already buy , the system on way and will be received Monday.
Could you give this one then when buy and shiped this three system you cold give the the other two system .
I f give the confirmation when get the down payment could buy the systems.

For the money you could keep there put on that account when I need I will tell you to send it for me.
Jirair

-----Original Message-----
From: MSC [mailto:mail@microservice-co.com]
Sent: Saturday, May 17, 2008 8:16 AM
To: Jirair H. Avanessian
Subject: conformation

Hi Jirair
To day i got my client conformation for that 3 units and tommarow i gonna take %60 in advance .
but the thing is this that they need the units been installed till JUNE 20 that they have
( Momayezi )
and need just one of them to be certified ( i can copy the certification here )
please let me know would it be possible till JUNE 20
and also i will pay you back here in your accout or as you gave me that SARAFI phone call i can tranfer you the money .
thanks and regards
Levick

**Outlook Header Information**

Conversation Topic: conformation
Sender Name: MSC
Received By: Jirair H. Avanessian

06733

. Message                                                                                           Page 2 of 2

Delivery Time: 5/18/2008 12:16:15 AM
Creation Time: 5/18/2008 12:16:15 AM
Submit Time: 5/18/2008 12:18:25 AM
Importance: Normal
Sensitivity: Normal
Flags: 3 = Read, Unmodified
Size: 9275

**Standard Header Information**

Microsoft Mail Internet Headers Version 2.0
Received: from apollo.promailserver.com ([64.62.167.133]) by s8750pro.atechso.org with
Microsoft SMTPSVC(6.0.3790.3959);
 Sun, 18 May 2008 00:16:15 -0700
Message-ID: <001a01c8b8b7$5f358c90$0a01a8c0@officef02d1c0c>
From: "MSC" <mail@microservice-co.com>
To: "Jirair H. Avanessian" <jirair@xvac.com>
References: <3BF6EF1E8D5B41408D6BAEABAC2CC0D9082AED@s8750pro.atechso.org>
Subject: Re: conformation
Date: Sun, 18 May 2008 10:48:25 +0330
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="----=_NextPart_000_0017_01C8B8D4.B31A9360"
X-WatchGuard-IPS: message checked
X-WatchGuard-Spam-ID: str=0001.0A090204.482FD842.017D,ss=1,fgs=0
X-WatchGuard-Spam-Score: 0, clean; 0, no virus
X-WatchGuard-Mail-Client-IP: 64.62.167.133
X-WatchGuard-Mail-From: mail@microservice-co.com
X-WatchGuard-AntiVirus: part scanned. clean action=allow
Return-Path: mail@microservice-co.com
X-OriginalArrivalTime: 18 May 2008 07:16:15.0515 (UTC) FILETIME=
[0F4ADEB0:01C8B8B7]

------=_NextPart_000_0017_01C8B8D4.B31A9360
Content-Type: text/plain;
 charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
X-WatchGuard-AntiVirus: part scanned. clean action=allow

------=_NextPart_000_0017_01C8B8D4.B31A9360
Content-Type: text/html;
 charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
X-WatchGuard-AntiVirus: part scanned. clean action=allow

------=_NextPart_000_0017_01C8B8D4.B31A9360--

06734