# Exhibit C

| Message0720 | |
|---|---|
| Subject: | the total |
| From: | MSC |
| Date: | 5/12/2008 10:40:59 PM |
| To: | Jirair H. Avanessian |

**Message Body**

Hi Jirair
first of all thanks far all you have done .
are those instruments include calibration crtificates and
is the $18,515.00 the price which i will take  the instuments here i mean TEHRAN ?
thanks and regards
Levick

**Outlook Header Information**

Conversation Topic: the total
Sender Name: MSC
Received By: Jirair H. Avanessian
Delivery Time: 5/12/2008 10:40:59 PM
Creation Time: 5/12/2008 10:40:59 PM
Submit Time: 5/12/2008 10:42:59 PM
Importance: Normal
Sensitivity: Normal
Flags: 3 = Read, Unmodified
Size: 5685

**Standard Header Information**

Microsoft Mail Internet Headers Version 2.0
Received: from apollo.promailserver.com ([64.62.167.133]) by s8750pro.atechso.org with
Microsoft SMTPSVC(6.0.3790.3959);
  Mon, 12 May 2008 22:40:59 -0700
Message-ID: <000801c8b4bc$36f1d990$0a01a8c0@officef02d1c0c>
From: "MSC" <mail@microservice-co.com>
To: "Jirair" <jirair@xvac.com>
Subject: the total
Date: Tue, 13 May 2008 09:12:59 +0330
MIME-Version: 1.0
Content-Type: multipart/alternative;
  boundary="----=_NextPart_000_0005_01C8B4D9.8A34ACF0"
X-WatchGuard-IPS: message checked
X-WatchGuard-Spam-ID: str=0001.0A090203.48292A6A.0035,ss=1,fgs=0
X-WatchGuard-Spam-Score: 0, clean; 0, no virus
X-WatchGuard-Mail-Client-IP: 64.62.167.133
X-WatchGuard-Mail-From: mail@microservice-co.com
X-WatchGuard-AntiVirus: part scanned, clean action=allow
Return-Path: mail@microservice-co.com
X-Original-ArrivalTime: 13 May 2008 05:40:59.0687 (UTC) FILETIME=
[EC53FB70:01C8B4BB]

06726



```
------=_NextPart_000_0005_01C8B4D9.8A34ACF0
Content-Type: text/plain;
 charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
X-WatchGuard-AntiVirus: part scanned. clean action=allow

------=_NextPart_000_0005_01C8B4D9.8A34ACF0
Content-Type: text/html;
 charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
X-WatchGuard-AntiVirus: part scanned. clean action=allow


------=_NextPart_000_0005_01C8B4D9.8A34ACF0--
```