# Exhibit D

Case 2:09-cr-01344-VBF   Document 31-4   Filed 02/05/10   Page 2 of 4


# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



11000 Wilshire Blvd., Suite 1700
Los Angeles, California 90024

| | |
|---|---|
| File Number: | ██████████ |
| Task Number: | ██████ |
| Date: | 02/05/2010 |
| Source Language/s/: | Farsi |
| Target Language: | English |
| Translated by: | CL Mojdeh Farid |

**VERBATIM TRANSLATION**

File #: ███
Task #: ███

June 3, 2008   00: 14   079382
Reference Number: 010793982154
Card Number: ███

## Account Balance

Account balance: 180,000 Rials
Account number: ███
Customer number: ███
Siba Bank's new phone number: 021-22266800

In order to follow the security measures, change your card's secret national code periodically.
The Meli Bank of Iran

With thanks,