# Exhibit E

Page 1 of 2

| Message1586 ||
|---|---|
| Subject: | Penning gauge and Liquid nitrogen trap |
| From: | Siamak Azimi |
| Date: | 11/15/2006 12:03:59 PM |
| To: | Jirair H. Avanessian |
| Message Body ||

Dear jirair
We have not met for two years, i don,t know when you are going to come to Iran . I hope your business is going well . I require the following items:

1)- Penning gauge
2)- Liquid nitrogen trap

As i remember , you had the LN trap in Tehran . I asked Mr. Yuosef and he didn,t know and he told me to ask you about the trap . Please inform me if there is any in your store in tehran .

Best Regards
S.Azimi-Nam

**Outlook Header Information**

Sender Name: Siamak Azimi
Received By: Jirair H. Avanessian
Delivery Time: 11/15/2006 12:03:59 PM
Creation Time: 11/14/2007 3:34:13 AM
Submit Time: 11/16/2006 12:34:03 AM
Importance: Normal
Priority: Normal
Sensitivity: Normal
Flags: 1 = Read
Size: 5072

**Standard Header Information**

Microsoft Mail Internet Headers Version 2.0
Received: from accir.com ([82.132.104.23] RDNS failed) by s8750pro.atechso.org with Microsoft SMTPSVC(6.0.3790.1830);
 Wed, 15 Nov 2006 12:03:59 -0800
Received: from WorldClient by mobalegh.com (MDaemon.PRO.v8.1.1.R)
 with ESMTP id md50000200301.msg
 for <jirair@xvac.com>; Thu, 16 Nov 2006 00:34:07 -0800
Received: from [82.132.105.80] via WorldClient with HTTP;
 Thu, 16 Nov 2006 00:34:03 -0800
Date: Thu, 16 Nov 2006 00:34:03 -0800
From: "Siamak Azimi" <s-azimi@accir.com>
To: Jirair Ava <jirair@xvac.com>
Subject:

06636



```
MIME-Version: 1.0
Message-ID: <WorldClient-F200611160034.AA34030154@accir.com>
Content-Type: text/plain
Return-Path: s-azimi@accir.com
X-OriginalArrivalTime: 15 Nov 2006 20:03:59.0359 (UTC) FILETIME=[304928F0:01C708F1]
```