# Exhibit F

| MessageI 126 |
|---|

| Subject: | I need the following items |
|---|---|
| From: | farhad |
| Date: | 1/7/2009 8:09:24 AM |
| To: | Jirair H. Avanessian |

| Message Body |
|---|

Note: this is the revised one.

Dear Mr Avanessain,

  I need the following stock new items:

1- Two stage rotary vane pump with pumping speed of about 300 m3/h or two pumps with pumping speed of about 150 m3/h

2- Two stage rotary vane pump with pumping speed of about 450 m3/h or a combination of two pumps pumps with the same total pumping speed

3- Diffusion pump with inlet flange of 40cm (16")

4- Diffusion pump with inlet flange of 63cm (25")

5- Dial gauges from atmosphere to 0 mbar or torr reading

6-Two stage rotary vane pump with pumping speed of 25 m3/h

7- Water flow switches

8- Roots pumps with pumping speed of 250, 500 and 1000 m3/h

9- Turbopumps with inlet flange of DN 160 ISO-K along with its controller and cables (complete)

10- DN 160 ISO-K (or 6") Electropneumatic ,either gate valves or right angle valves

11- DN 200 ISO-K (or 8") Electropneumatic gate valves

12- Dow Corning DC-704 Oil, preferably in 20 ltr package or in one gallon can (Total quantity 20 ltr or 4 gallons)

13- DN 50 KF right angle or butterfly valves, manual and electropneumatic

14- DN 63 ISO-K gate valves or right angle valves, manual and electropneumatic

  Also please send me the revised quot. of Pfeiffer which includes OKTA1000A, OKTA2000A, DUO255 (X2) AND OKTA4000A

Regards
F. Masoumian

| Outlook Header Information |
|---|

Conversation Topic: I need the following items
Sender Name: farhad
Received By: Jirair H. Avanessian
Delivery Time: 1/7/2009 8:09:24 AM
Creation Time: 1/7/2009 8:09:24 AM
Submit Time: 1/7/2009 8:07:51 AM
Importance: Normal
Sensitivity: Normal
Flags: 3 = Read, Unmodified
Size: 7728

| Standard Header Information |
|---|

Microsoft Mail Internet Headers Version 2.0
Received: from kavoshdns.net ([209.85.22.66]) by s8750pro.atechso.org with Microsoft SMTPSVC(6.0.3790.3959);

06109

Wed, 7 Jan 2009 08:09:24 -0800
Message-ID: <007f01c970e2$15b3bbf30$34cd844f@Command.local>
From: "farhad" <farhadm1@kavosh.net>
To: "Jirair H. Avanessian" <jirair@xvac.com>
Subject: I need the following items
Date: Wed, 7 Jan 2009 19:37:51 +0330
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="----_NextPart_000_007C_01C970FF.6DC94C50"
X-WatchGuard-IPS: message checked
X-WatchGuard-Spam-ID: str=0001.0A090201.4964D4FA.0147,ss=1,fgs=0
X-WatchGuard-Spam-Score: 0, clean; 0, no virus
X-WatchGuard-Mail-Client-IP: 209.85.22.66
X-WatchGuard-Mail-From: farhadm1@kavosh.net
X-WatchGuard-AntiVirus: part scanned. clean action=allow
Return-Path: farhadm1@kavosh.net
X-OriginalArrivalTime: 07 Jan 2009 16:09:24.0703 (UTC) FILETIME=[4EFF16F0:01C970E2]

------=_NextPart_000_007C_01C970FF.6DC94C50
Content-Type: text/plain;
 charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
X-WatchGuard-AntiVirus: part scanned. clean action=allow

------=_NextPart_000_007C_01C970FF.6DC94C50
Content-Type: text/html;
 charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
X-WatchGuard-AntiVirus: part scanned. clean action=allow

------=_NextPart_000_007C_01C970FF.6DC94C50—

06110