# Exhibit G



DEPARTMENT OF HOMELAND SECURITY
ICE
REPORT OF INVESTIGATION

PAGE 1

REPORT DATE
020410

-6925



| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE 2  |

DETAILS OF INVESTIGATION:



DHS databases show reservations and border crossings by AVANESSIAN dating back to 1998. Recent travel shows the following:

On March 26, 2008, AVANESSIAN travelled to London on Virgin Atlantic flight #24 from LAX. On April 5, 2008, DHS databases show a reservation on Iran Air flight #710 from London (Heathrow) to Iman Khomeini, Iran and a return from Iman Khomeini, Iran to London Heathrow on April 20, 2008. AVANESSIAN was admitted to the U.S. on April 20, 2008 after arriving from London Heathrow on Virgin Atlantic flight #23.

On November 14, 2007, AVANESSIAN travelled to London on Virgin Atlantic flight #8 from LAX. AVANESSIAN returned to the U.S. on Virgin Atlantic flight #23 from London on December 19, 2007. DHS databases further show travel to Iran on or about November 15, 2007 with a return on or about November 27, 2007. The travel to Iran was initiated from London Heathrow.

On April 26, 2006, AVANESSIAN travelled to London on Virgin Atlantic flight # 24 from LAX and returned to LAX on May 22, 2006.

On February 14, 2006, AVANESSIAN travelled to Frankfurt, Germany on Lufthansa # 457. DHS databases further show travel to Iran on or about February 15, 2006 with a return date to Frankfurt, Germany on or about March 23, 2006. On March 23, 2006, AVANESSIAN arrived at LAX on Lufthansa flight #456 from Frankfurt, Germany.

On August 5, 2005, AVANESSIAN travelled on KLM flight # 602, from LAX to Amsterdam, Netherlands. DHS databases further show travel to the country of Iran on or about August 5, 2005 and returning to Amsterdam between the dates of December 8 to 27, 2005. On December 27, 2005, AVANESSIAN arrived at LAX on KLM flight # 601 from Amsterdam, Netherlands.

REVIEW OF EVIDENCE

On April 17, 2009, Agents seized a boarding pass from Iran flight #0711 dated



-6926



| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE  3<br> |
|---|---|

April 20 (NFI), which shows travel between Iman Khomeini Intl to London Heathrow.

REVIEW OF AVANESSIAN's IRANIAN PASSPORT

Pursuant to the federal arrest of AVANESSIAN on January 11, 2010, ICE Special Agents detained AVANESSIAN's Iranian passport, California Driver's License and U.S. Lawful Permanent Resident card.

AVANESSIAN's passport, number # ███████, was issued on February 2, 2000 in Tehran, Iran. AVANESSIAN is identified in the passport as Jirair AVANESSIAN HAJIABADY with a date of birth of ███████. AVANESSIAN's passport expired on February 2, 2005. An extension was granted on March 6, 2005 in Washington, D.C. by the Embassy of Pakistan until February 2, 2010.

A review of the passport showed the following:

-AVANESSIAN had a visa from Germany that had a date stamp of September 12, 2001

-Republic of Armenia visa valid from November 1, 2002 until November 21, 2002.

-United Kingdom visa valid between March 30, 2006 until September 30, 2006 and from February 6, 2008 until August 6, 2008.

To assist with a review of the admission and departure records in the Farsi language, on February 4, 2010, SA Kapellas and SA Mark Mattison contacted Customs & Border Protection Officer Abbas (Anthony) Shogi and Visitor Service Representative Juliet Saraee. They were contacted at their place of employment, Los Angeles International Airport. Shogi is a CBP Officer assigned to Customs Baggage and Saraee is an employee of the Los Angeles World Airports who works in the Customs area assisting international passengers with their arrival documents. Both Shogi and Saraee were born in Iran and are naturalized U.S. Citizens. They reviewed a color copy of AVANESSIAN's Iranian passport.

Based on their review of AVANESSIAN's passport they identified the following arrival and departures from Iran.

ARRIVALS:



-6927



| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE 4  |
|---|---|

April 18, 2008- IKA
December 25, 2005- IKA
August 15, 2005- THR
February 27, 2005- THR
November 17, 2002- THR
March 27, 2002- THR
May 31, 2001- THR
November 25, 2000- THR
March 26, 1999- THR

DEPARTURES:

May 1, 2008- IKA
December 27, 2007- IKA
April 3, 2006- THR
January 5, 2005- THR
November 9, 2002- THR
April 2, 2000- THR
March 22, 1999- THR

NOTE: THR is the international civil aviation airport code for Mehrabad International Airport. IKA is the international civil aviation airport code for Iman Khomeini International Airport.

Investigation continues.

