# Exhibit H

-1-

**FEDERAL BUREAU OF INVESTIGATION**

[redacted]

JIRAIR participated in compulsory service in the Iranian military.

| | |
|---|---|
| Investigation on | 01/13/2010 at [redacted] |
| File # | [redacted] |
| by | SA Michael B. Matten[signature] / SA David S. Parnell |

Continuation ██████████████████████████ , On 01/13/2010 , Page 2

He also stated that JIRAIR worked in a "lab" in Iran prior to immigrating to the U.S.

██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████