# Exhibit I

| DEPARTMENT OF HOMELAND SECURITY ICE | |
|---|---|
| REPORT OF INVESTIGATION | PAGE 1 |

| REPORT DATE 020410 | | | |
|---|---|---|---|



|  DEPARTMENT OF HOMELAND SECURITY  ICE   REPORT OF INVESTIGATION CONTINUATION | PAGE 2 |
|---|---|

DETAILS OF INVESTIGATION:



On December 11, 2009, Special Agents Steven Kapellas (ICE) and Nicholas Licencia (FBI) telephonically contacted ▮▮▮. ▮▮▮ was contacted at the following telephone number, ▮▮▮. The call was placed at 8:16 am PST ▮▮▮

concerning XVAC of Glendale, California, ▮▮▮ advised the following:

The owner of XAVC, Jirair AVANESSIAN, advised an ▮▮▮ sales associate in the U.S. that XVAC was ordering parts that were not intended for export from the U.S. and were specifically for companies in the Silicon Valley.

▮▮▮ stated that if ▮▮▮ knew that items purchased by AVANESSIAN were being shipped to Iran, ▮▮▮ would not have sold them to AVANESSIAN. ▮▮▮ further added that if ▮▮▮ knew that AVANESSIAN was shipping to the United Arab Emirates, they ▮▮▮ would have required AVANESSIAN to complete an End User Certificate and the sale would have been scrutinized by ▮▮▮

Investigation continues.

-6921