# Exhibit J



DEPARTMENT OF HOMELAND SECURITY
ICE
REPORT OF INVESTIGATION

PAGE 1

REPORT DATE
020410

-6922

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE  2 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | |

DETAILS OF INVESTIGATION:

On January 4, 2010, SA Steven Kapellas telephonically contacted ▇▇▇.

▇▇▇ advised the following:

All of the XVAC orders were in 2008 except for one on October 18, 2002.

Hirair AVANESSIAN placed the orders via e-mail exchanges with ▇▇▇ and paid credit card.

-6923



| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | |

-On August 16, 2009, ▮▮▮▮ was visited by personnel ▮▮▮▮

-Approximately two to four weeks after the ▮▮▮ visit, a representative of XVAC contacted ▮▮▮ to place an order. ▮▮▮ could not remember if Jirair AVANESSIAN or ▮▮▮▮ contacted her.

▮▮▮ advised the XVAC representative ▮▮▮ that ▮▮▮ could no longer sell to XVAC.

▮▮▮ said the XVAC representative was sorry to be informed that ▮▮▮ could no longer sell to them (XVAC). The XVAC representative advised that if ▮▮▮ changed their mind to contact XVAC.

Investigation continues.

-6924