UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.  **CR 09-1344-VBF**                     Dated: November 30, 2010
===============================================================================
**PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE**

Joseph Remigio              Rosalyn Adams              Rozella Oliver
Courtroom Deputy            Court Reporter             Anthony J. Lewis
                                                       Asst. U.S. Attorney

                            Farideh Wilson
                            Interpreter

===============================================================================
U.S.A. vs Avanessian, et al.        Attorneys for Defendants

3)  Amirhossein Sairafi             3)  Matt Kohn, Retained
    Present - In Custody                Present

PROCEEDINGS:   **CHANGE OF PLEA AND SETTING OF SENTENCING DATE**

Case called, and counsel make their appearance.

Defendant is sworn.  Plea agreement is filed November 28, 2010.  The plea
agreement is incorporated and made a part of this proceeding.

Defendant withdraws his previously entered plea of not guilty and enters
a plea of Guilty to Count One (1), Count Thirty-Five (35), and Count
Forty-One (41) of the First Superseding Indictment.

The Court questions the defendant regarding the plea of Guilty and finds
a factual and legal basis for the plea.  The Court finds that the
defendant, 3) Amirhossein Sairafi, has entered his plea freely and
voluntarily with a full knowledge and understanding of the charges
against him and the consequences of his plea.  The Court finds that
defendant understands his constitutional and statutory rights and wishes
to waive them.  The Court accepts defendant's plea of Guilty and orders
it entered.

The Court refers the defendant to the Probation Office for the
preparation of a pre-sentence report and sets the matter for SENTENCING
on **March 2, 2011, at 3:00 p.m.**  The defendant is ordered to return on
this date.

The Pretrial Conference set for February 14, 2011 and the Jury Trial set
for March 1, 2011 are hereby vacated and taken off calendar.

(continued on next page)

cc:   USPO-Lozano, USM

MINUTES FORM 8                          Initials of Deputy Clerk jre
CRIM -- COP & SET SENT                              1 hr  :  15 min

Counsel are notified that Federal Rule of Criminal Procedure 32 requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt.  Alternatively, counsel may file such objections not later than twenty-one (21) days before Sentencing.  The Court construes "objections" to include departure arguments.  Any party intending to move for a continuance of the Sentencing shall, not later than noon on the Monday preceding the Sentencing, notify opposing counsel and the Courtroom Deputy.  Strict compliance with the above is mandatory because untimely filings interfere with the Court's preparation for Sentencing.  Failure to meet these deadlines is grounds for sanctions.