THIS DOCUMENT HAS BEEN REMOVED FROM THE DOCKET PURSUANT TO COURT ORDER DATED MARCH 15, 2011. PLEASE SEE DOCKET #162 FOR THE AMENDED MINUTE ORDER