**FILED**

UNITED STATES COURT OF APPEALS

MAR 31 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 11-50102 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-01344-VBF-3 |
| v. | Central District of California, Los Angeles |
| AMIRHOSSEIN SAIRAFI, | |
| Defendant - Appellant. | ORDER |



Court records show that appellant did not proceed in forma pauperis in the district court and that appellant has not paid the docketing and filing fees for this appeal. Within 21 days after the date of this order, retained counsel for appellant, Matt Kohn, Esq., and Shannon M. Dorvall, Esq., shall make the necessary arrangements to pay the docketing and filing fees of $455 to the clerk of the district court and provide proof of payment to this court or file appellant's motion for leave to proceed on appeal in forma pauperis accompanied by a completed financial affidavit (Form CJA 23).

The briefing schedule established previously remains in effect.

The Clerk shall serve this order and a Form CJA 23 on counsel Kohn and Dorvall.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Nanette Won
Deputy Clerk

NW/MOATT Direct Criminal

# FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|
| IN THE CASE OF | | | | | |

| | FOR | |
|---|---|---|
| _____ V.S. _____ | AT | |

| PERSON REPRESENTED (Show your full name) | | DOCKET NUMBERS |
|---|---|---|
| | 1 ☐ Defendant—Adult | Magistrate |
| | 2 ☐ Defendant - Juvenile | |
| | 3 ☐ Appellant | District Court |
| | 4 ☐ Probation Violator | |
| | 5 ☐ Parole Violator | |
| CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony | 6 ☐ Habeas Petitioner | Court of Appeals |
| ☐ Misdemeanor | 7 ☐ 2255 Petitioner | |
| | 8 ☐ Material Witness | |
| | 9 ☐ Other | |

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment
How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED    SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
VALUE    DESCRIPTION
IF YES, GIVE THE VALUE AND $ DESCRIBE IT

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS
___ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED
Total No. of Dependents ___
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT ▶ _____
(OR PERSON REPRESENTED)